*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, LAWRENCE, and COGLEY
Appellate Military Judges

———————————————

**UNITED STATES**
Appellee

**v.**

**Sean C. MCLAUGHLIN**
Boatswain's Mate First Class (E-6), U.S. Navy
Appellant

**No. 202000006**

Decided: 27 July 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen C. Reyes

Sentence adjudged 30 September 2019 by a general court-martial convened at Fleet Activities Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for six months and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Commander Jeremy J. Wall, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

[1] Pursuant to a pretrial agreement, the convening authority approved a bad-conduct discharge rather than the adjudged dishonorable discharge.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59, 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court